# EXHIBIT A



# CORPORATION FILE DETAIL REPORT

| File Number | 61597999 | | |
|---|---|---|---|
| Entity Name | THE RECEIVABLE MANAGEMENT SERVICES CORPORATION | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 04/20/2001 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 04/20/2001 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | DAN MONTENARO 200 CENTRAL AVE7TH FL ST PETERSBURG FL 33701 |
| Agent City | CHICAGO | Secretary Name & Address | DAN MONTENARO 200 CENTRAL AVE7TH FL ST PETERSBURG FL 33701 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/30/2017 | For Year | 2017 |
| Assumed Name | INACTIVE - DUN & BRADSTREET RECEIVABLE MANAGEMENT SERVICES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B



**R·M·S**

P.O. Box 361598
Columbus  OH  43236

The Receivable Management Services LLC

Phone:       888-545-4170
Toll Free:   888-545-4170

*157RB30100188201*
Dequentin Webber

June 06, 2018

Re:  State Auto Insurance Co 1S
Claim amt:                    $58.56
Claim No:
Ref. No:
LDGG

State Auto Insurance Co 1S has reviewed their policy records which indicates that an outstanding amount is still owed to them. Please follow the listed instructions:

1) If your records agree, send your payment to the above address.
2) If you have paid this balance, forward a copy of your cancelled check
3) If you wish to make payment on this account, you may contact us toll free at 1-888-545-4170 during our business hours of 8:30 AM-9:00 PM EST Monday through Friday and Saturday from 9:00 AM-4:00 PM EST.

If we can be of assistance, please contact us at the above phone number.

Sincerely,

The Receivable Management Services LLC

When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number at the top of this notice.

*** Pay by phone 1-866-725-2182 or at www.rmscustomersupport.com/payments
    : USERID = 493237481 & PASSWORD = 22312565

We will provide you with the name and address of the original creditor, if different from the current creditor.

IMPORTANT: REFER TO CLAIM NUMBER IN ALL COMMUNICATIONS
WE ARE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 OF 1

## IMPORTANT INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice RMS will provide you with the name and address of the original creditor, if different from the current creditor.

We are required under state law to give you the following notices, and those that may appear on the front of this letter, some of which refer to rights you also have under federal law. This list does not contain a complete list of the rights which consumers or commercial businesses have under state and federal law. Note that notices that apply in the specified states:

| STATE | APPLICABLE NOTICE |
|---|---|
| California | The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 AM or after 9:00 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. |
| Colorado (consumers only) | A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. We can be reached within Colorado at 7200 S. Alton Way, Suite B180, Centennial, CO 80112 and at the following telephone number 303-309-3839. |
| Massachusetts | Massachusetts residents may contact our office by telephone at the number and address stated on the front of this letter or at 49 Winter St, Weymouth, MA 02189, during the following office hours: Monday-Thursday; 10:00 AM - 3:00 PM |

### NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.